UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:24-cr-00192 |
| | ) | |
| | ) | Judge Frensley |
| TERRY LAMONT REED | ) | |

## UNITED STATES' MOTION FOR A DETENTION HEARING AND FOR DETENTION OF THE DEFENDANT

The United States of America by Thomas J. Jaworski, Acting United States Attorney for the Middle District of Tennessee, and Zachary T. Hinkle, Assistant United States Attorney, moves this Court for detention of the Defendant under 18 U.S.C. § 3142(f)(1)(B) & (C).

Federal law holds that "the judicial officer shall hold a hearing to determine whether any conditions or combination of conditions . . . will reasonably assure the appearance of [the Defendant] as required and the safety of any other person and the community. . . upon motion of the attorney for the Government" in a case, that involves "an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. 801 et seq.)" or "any felony . . . that involves possession or use of a firearm." 18 U.S.C. § 3142(f)(1)(C), (E).

Each of the charges in the indictment satisfies § 3142(f)(1)'s requirements for a detention hearing. Count One alleges that the Defendant unlawfully possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(a)(1), which carries a maximum term of 20 years' imprisonment, *see* 21 U.S.C. § 841(b)(1)(C). Further, Count Two alleges that the Defendant possessed a firearm in furtherance of

a drug-trafficking offense, *see* 18 U.S.C. § 924(c), and Count Three alleges the Defendant possessed a firearm after being convicted of a felony, *see* 18 U.S.C. § 922(g)(1).

Additionally, at the hearing there will be a rebuttable presumption in favor of detention given that the Defendant has been charged with, as discussed, "an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. 801 et seq.)" and "an offense under section 924(c)" of Title 18. 18 U.S.C. § 3142(e)(3)(A), (B). The United States intends to rely on that presumption at the detention hearing.

In this case, the Court should detain the Defendant. On May 9, 2024, Metropolitan Nashville Police Department officers attempted a traffic stop of a dark Ford Fusion that the Defendant was driving. When officers attempted to stop the car, the Defendant pulled into an apartment complex parking lot, bailed from the car, and fled. In the process of running, the Defendant fell, dropping a loaded, stolen gun. He was quickly apprehended, and officers found on his person two bags of narcotics, one of which tested positive for cocaine,[1] $500 in cash, and a cell phone. In the car, officers found a digital scale, marijuana, and sandwich bags.

Moreover, the Defendant—who has been previously convicted of facilitation of first-degree murder—is also a suspect in a May 7, 2024 shooting. The stolen gun recovered from the Defendant during his arrest was also tied to a March 2024 shooting.

And there is more. The Defendant was on bond out of Wilson County for a drug offense when he was arrested in this case. And while on bond, the Defendant also failed to appear as required at a November 2023 hearing, according to publicly available docket information.

For the reasons stated, the Court can have no confidence that any set of conditions will assure the Defendant's appearance in court as required or the safety of the community. The United

---

[1] The other bag is pending lab testing.

2

States therefore moves the Court for an order of detention in this case. The United States respectfully requests that, should a hearing be necessary, the Court grant the United States a continuance in this matter of three days so that the United States may adequately prepare for the hearing on this motion.

Respectfully submitted,

THOMAS J. JAWORSKI
Acting United States Attorney

 /s/ Zachary T. Hinkle
ZACHARY T. HINKLE
Assistant United States Attorney
719 Church Street, Ste 3300
Nashville, Tennessee 37203
615-736-5151
Zachary.Hinkle@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be filed electronically via CM/ECF and served on the Defendant's counsel after counsel is appointed on the 9th day of December, 2024.

/s/ Zachary T. Hinkle
ZACHARY T. HINKLE
Assistant United States Attorney